UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Engineered Comfort Systems, Inc.　　　　　　Case No. _____24-cv-10924_____
　　　　　　　　　Plaintiff(s),　　　HONORABLE  Judge Gershwin A. Drain
v.

Theodore Borrego, Veronica Paz-Borrego,
ASAP Air Mechanical Team, Inc.
　　　　　　　　　Defendant(s).
_____/

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:
_ASAP Air Mechanical Team, Inc._____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure: [1]

### PART I – CITIZENSHIP

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☒ This party is a corporation incorporated in the State of _____Florida_____ and with a principal place of business in the State of _____Florida_____.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☒ None of the entries below applies to this party.
☐ This party has one or more parent entities.
    If so, identify all parent entities.

_____

_____

_____

☐ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

_____

_____

_____

☐ This party has one or more affiliates.
    If so, identify all affiliates.

_____

_____

_____

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

_____

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

_____

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: _____
Printed Name: Oscar A. Gomez
Bar Number: Florida Bar Number: 56580
Firm Name: EPGD Attorneys At Law, P.A.
Address: 777 SW 37th Ave, Suite 510
City, State, Zip Code: Miami, FL 33135
Phone/Fax: P: (786) 837-6787 | F: (305) 239-3640
Email Address: oscar@epgdlaw.com

Date: September 5, 2024

Doc ID: 4521cee317338414e183a01f7611696406bcc1ea