UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ENGINEERED COMFORT SYSTEMS, INC.,

      Plaintiff,

-v-                                                     Case No. 2:24-cv-10924
                                                       Hon. Gershwin A. Drain

ASAP AIR MECHANICAL TEAM, INC.,
VERONICA PAS-BORREGO and
THEODORE BORREGO,

      Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

This matter is before the Court regarding Plaintiff Engineered Comfort Systems, Inc.'s ("ECS") Motion for Entry of Default Pursuant to Fed. R. Civ. P. 37 ("Motion").

The Motion is **GRANTED.**

It is therefore **ORDERED** that a default shall be entered against Defendants Theodore Borrego ("Borrego"), Veronica Paz-Borrego ("Paz-Borrego"), and ASAP Air Mechanical Team, Inc. ("ASAP") (collectively, "Defendants").

It is further **ORDERED** that ECS is awarded its costs and reasonable attorneys' fees incurred in bringing the Motion or as otherwise permitted under Fed. R. Civ. P. 37. The issue of the amount of those fees and costs and other attendant issues will be resolved by motion if they cannot be agreed upon by the parties.

1

171303658v1

Alternatively, the issue of fees may be addressed in connection with a final judgment in the above-captioned case.

**[signature on next page]**

171303658v1

**IT IS SO ORDERED.**

Date: _____

_____
U.S. DISTRICT COURT JUDGE

171303658v1