UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Engineered Comfort Systems,
Inc.,

       Plaintiff(s),

v.            Case No. 2:24–cv–10924–GAD–EAS
            Hon. Gershwin A. Drain

Theodore Borrego, et al.,

       Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 761. The following motion(s) are scheduled for hearing:

  Motion for Order – #46

- MOTION HEARING: May 13, 2025 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/Marlena A Williams
              Case Manager

Dated: April 24, 2025